**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-50434
Summary Calendar

ROBERT R. WEST,

Plaintiff-Appellant,

versus

SOUTHWESTERN BELL TELEPHONE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Texas
(A-96-CV-362)

October 30, 1997

Before POLITZ, Chief Judge, KING and DENNIS, Circuit Judges.

PER CURIAM:[*]

Robert R. West appeals an adverse summary judgment in his Title VII sex

discrimination lawsuit against Southwestern Bell Telephone Company. Having

reviewed the briefs and pertinent parts of the record and finding neither error of law

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nor fact, on the basis of the facts as noted and analysis contained in the Order of the district court rendered April 24, 1997 and entered April 25, 1997, the judgment appealed is AFFIRMED.